1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8    Charlie L. Morgan,                    )    No.  CV-15-02646-PHX-SPL
                                           )
9                       Petitioner,        )
                                           )    **ORDER**
10   vs.                                   )
                                           )
11                                         )
     Charles Ryan, et al.,                 )
12                                         )
                                           )
13                      Respondents.       )
                                           )
14   _____  )

15          Petitioner Charlie L. Morgan has filed an Amended Petition for Writ of Habeas

16   Corpus pursuant to 28 U.S.C. § 2254 (Doc. 8). The Honorable James F. Metcalf, United

17   States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 21),

18   recommending that the Court deny the Petition. Judge Metcalf advised the parties that

19   they had fourteen (14) days to file objections to the R&R and that failure to file timely

20   objections could be considered a waiver of the right to obtain review of the R&R. (Doc.

21   21 at 12); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328

22   F.3d 1114, 1121 (9th Cir. 2003).

23          The parties did not file objections, which relieves the Court of its obligation to

24   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

25   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

26   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

27   determine de novo any part of the magistrate judge's disposition that has been properly

28   objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-

taken.  The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.      That Magistrate Judge Metcalf's Report and Recommendation (Doc. 21) is **accepted** and **adopted** by the Court;

2.      That the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 8) is **denied** and this action is **dismissed with prejudice**;

3.      That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4.      That the Clerk of Court shall **terminate** this action.

Dated this 22nd day of November, 2016.

Honorable Steven P. Logan
United States District Judge

2